UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL LOCKE FRANKLIN                                                                                        PLAINTIFF

v.                                           No. 2:22-CV-2088

SGT. WARR                                                                                                     DEFENDANT

## ORDER

    The Court has received a report and recommendations (Doc. 9) from Chief United States Magistrate Judge Mark E. Ford.  Plaintiff filed objections (Doc. 10).  Following preservice screening under 28 U.S.C. § 1915A, the Chief Magistrate Judge recommends that Plaintiff's complaint be dismissed without prejudice on the grounds that his claims are barred by the *Heck* doctrine.  *See Heck v. Humphrey*, 512 U.S. 477 (1994).  The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected.  28 U.S.C. § 636(b)(1)(C).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error.  The report and recommendation is ADOPTED IN ITS ENTIRETY.

    IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Sgt. Warr are DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED this 18th day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE